UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DONALD PERKINS,<br><br>        Petitioner,<br>v.<br><br>SUPERINTENDENT, Westville Correctional Center,<br><br>        Respondent. | No. 1:07-cv-379-RLY-WTL |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 9/11/07

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stephanie.Rothenberg@atg.in.gov

Donald Perkins
DOC #980277
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473